1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                   **FRESNO DIVISION**

12

13  VERNON ROYAL,                    )
                                     )      CIVIL NO. 1:08-CV-00089-SMS
14          Plaintiff,               )
                                     )
15       v.                          )      STIPULATION AND ORDER SETTLING
                                     )      ATTORNEY'S FEES PURSUANT TO THE
16  MICHAEL J. ASTRUE,               )      EQUAL ACCESS TO JUSTICE ACT, 28
    Commissioner of                  )      U.S.C. § 2412(d)
17  Social Security,                 )
                                     )
18          Defendant.               )
    _____)

19

20        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

21  subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney

22  fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO

23  THOUSAND FOUR HUNDRED dollars and 00 cents ($2,400.00).  This amount represents

24  compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this

25  civil action, in accordance with 28 U.S.C. § 2412(d).

26        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

27  fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

28  Payment of TWO THOUSAND FOUR HUNDRED dollars and 00 cents ($2,400.00) in EAJA attorney

fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,


Dated: October 10, 2008        s/ *Barbara A. Sena*
(As authorized via telephone)
BARBARA A. SENA
Attorney for Plaintiff

Dated: October 10, 2008        McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration


*/s/ Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**


IT IS SO ORDERED.

**Dated:  October 15, 2008**         **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

2